United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 12-07246-MJC |
| Brighid Colleen Bauer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5             User: AutoDocke             Page 1 of 2
Date Rcvd: Jan 02, 2024             Form ID: fnldec             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brighid Colleen Bauer, 1518 W. Gibson Street, Scranton, PA 18504-1156 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Sabatini Law Firm LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Michael Schwartz | on behalf of Creditor Portfolio Recovery Associates LLC Amschwartz@mdwcg.com, Efile@mdwcg.com;jcbey@mdwcg.com |
| Brett Freeman | on behalf of Plaintiff Brighid Colleen Bauer brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Brett Freeman | on behalf of Debtor 1 Brighid Colleen Bauer brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Carlo Sabatini | on behalf of Plaintiff Brighid Colleen Bauer usbkct@bankruptcypa.com |

| | |
|---|---|
| Carlo Sabatini | kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| | on behalf of Debtor 1 Brighid Colleen Bauer usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Christine Marie Debevec | on behalf of Creditor HSBC Bank Nevada N.A. CDebevec@stradley.com, TMitchell@stradley.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jill E Durkin | on behalf of Defendant Theodore Huckestein jilldurkinesq@gmail.com psheldon@sheilslaw.com |
| Jill E Durkin | on behalf of Defendant KRH Associates Inc. jilldurkinesq@gmail.com, psheldon@sheilslaw.com |
| Lauren Marshall Burnette | on behalf of Creditor Portfolio Recovery Associates LLC lburnette@messerstrickler.com, kpetersen@messerstrickler.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Brighid Colleen Bauer, <br> aka Brighid Coleen Bauer, | Chapter 13 |
| **Debtor 1** | Case No. 5:12−bk−07246−MJC |

Social Security No.:
       xxx−xx−1410

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: January 2, 2024

**fnldec** (01/22)